## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Matthew G Falkner

                                  Plaintiff,

v.                                                   Case No.: 1:14−cv−05459
                                                   Honorable Amy J. St. Eve

Redflex Traffic Systems, Inc., et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 18, 2014:

      MINUTE entry before the Honorable Amy J. St. Eve: Initial status hearing set for 8/27/14 at 8:30 a.m. in courtroom 1241. Parties shall refer to Judge St. Eve's web page at www.ilnd.uscourts.gov and file a joint status report by 8/22/14 as set forth in the Initial Status Conferences procedure. If the defendant has not been served as of 8/22/14, the Court will continue the filing date for the joint status report until the defendant is served. If the defendant files a motion to dismiss prior to the filing of the joint status report, the Court will continue the filing date for the joint status report until after the Court rules on the pending motion. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.