# CAMERA ENFORCEMENT VIOLATION

City of Chicago Department of Revenue
Search & Pay For Your Tickets On-Line @
cityofchicago.org/revenue
312.744.PARK (7275) 312.744.7277 (TTY - For Hearing Impaired)



Notice Date: 02/10/13
Notice Number: 5159246890

0000



I GOT A NOTICE – NOW WHAT?

NISSAN INFINITI LT LSR
FALKNER LSE, MATTHEW G
2045 N LARRABEE ST APT 7204
CHICAGO   IL   60614-4405

YOU MUST PAY OR CONTEST BY ↓

## VIOLATIONS

| TICKET NUMBER | PLATE/STATE/TYPE/ VEHICLE MAKE | LOCATION DATE & TIME | VIOLATION CODE AND DESCRIPTION | FINE AMOUNT | TOTAL AMOUNT DUE | PAY OR CONTEST BY DATE |
|---|---|---|---|---|---|---|
| 7004508895 | L476543 IL PAS OTHR | 7600 S STONY ISLAND A 01/19/13 11:10 | 9102020 RED LIGHT VIOLATION | $100 | $100.00 | 02/24/13 |







9771

This Red-Light Violation is a photographic record obtained by a traffic control signal monitoring device. Please note, the vehicle identified above bears a license plate registered or leased in your name. All registered owners appearing on the license plate registration or lessees, if applicable, are legally responsible for this violation. If you believe the license plate displayed in the photo above is not registered to you, please call 312.744.PARK(7275). For information regarding hearing requests, please see the reverse side of this notice.

TOTAL FOR THIS PAGE   $100.00

---

TO ENSURE PROPER POSTING OF YOUR PAYMENT, THIS PAYMENT STUB MUST BE ENCLOSED.

NISSAN INFINITI LT LSR
FALKNER LSE, MATTHEW G
2045 N LARRABEE ST APT 7204
CHICAGO   IL   60614-4405

Notice Date: 02/10/13
Notice Number: 5159246890

TOTAL AMOUNT DUE

$100.00
REFLECTS PAYMENT AS OF:
02/03/13

Please fill in the PAY circle if you would like to pay this ticket.. PAY → ○
OR
You may choose to request a hearing by choosing one of the options below:

| TICKET# | CONTEST BY MAIL | IN-PERSON HEARING |
|---|---|---|
| 7004508895 | ○ | ○ |

TO ENSURE PROPER CREDIT PLEASE RETURN THIS STUB WITH YOUR PAYMENT

PLEASE:
- DO NOT send cash
- DO NOT fold the payment stub
- DO NOT staple the check or money order to the payment stub

EXHIBIT A

7004508895800010000

City of Chicago Department of Finance
www.cityofchicago.org/finance
P.O. Box 6289, Chicago, Illinois 60680-6289
(312) 744-PARK (7275); (312) 744-7277 TTY (If Hearing Impaired)

Monday, June 2, 2014

NISSAN INFINITI LT LSR
2045 N LARRABEE ST APT 7204
CHICAGO, IL 60614-4405

Dear Motorist:

Re:
Vehicle Information: L476543
Ticket Number(s): 7004508895

Thank you for your inquiry regarding the parking ticket(s) referenced above. The copy of the parking ticket you requested is attached.

You can pay your tickets on-line at <www.cityofchicago.org/finance>. Alternatively, you may remit payment and a copy of this letter to:

City of Chicago Department of Finance
P.O. Box 6289
Chicago, IL 60680-6289

Please include the ten (10) digit ticket number(s) on your check(s) or money order(s). Payments identifying only license plate number(s) or notice number(s) will be processed in accordance with the Department's payment hierarchy criteria, should you have multiple tickets. Please do not send cash. Any applicable penalties may be assessed, so please remit your payment immediately. You must remit payment in person if your vehicle has been seized or your driver's license has been suspended.

Again, thank you for your inquiry. Should you require additional information, including the locations of our conveniently located payment processing centers, please visit us on-line at <www.cityofchicago.org/finance> or call the City of Chicago's ticket help line at 312.744.PARK (7275).

City of Chicago - Department of Finance
File: Copy of Parking Ticket/70

Search & Pay For Your Tickets On-Line
www.cityofchicago.org/finance



Home   Pay Online Now

  

Click Image to Enlarge



**Citation Number:** 7004508895
**License Plate:** L476543    **State:** IL
**Violation Date:** Jan 19, 2013 11:10:37
**Location:** 7600 South Stony Island Avenue

PD: $244.00

**Note:** Some computers/networks block streaming videos. These are typically government, libraries, schools and some companies.

Due to formatting constraints this video is a representation of the original evidence and is not intended for court purposes.

The video you are viewing on this website is provided as a courtesy and convenience to you.
The video is in no way purported to be a true and correct copy of evidence that will be presented in court.
The format has been modified to provide a higher level of security and as a result may display slightly different than the original captured video.
If you do want to view the original video please contact the citing agency located on your notice and follow the instructions for viewing the evidence from their location.



# City of Chicago

Pay or Search for Parking, Red Light & Automated Speed Enforcement Tickets Online

- Contest a Ticket
- Payment Plans
- Ticket Copies
- View Parking Ticket Photos
- View Red-light Video
- View Speed Camera Video
- Customer Survey

Print Version

### Search Criteria

| Driver's License Number | Driver's License State |
|---|---|
| F42554783214 | IL |

### Search Results as of 05/30/2014

Please click the Check To Pay box for each ticket below that you wish to pay. All tickets marked with an ◆ in the Check to Pay box are ineligible for payment via the web. Please contact the City of Chicago's ticket helpline with any questions or concerns @ 312.744.PARK (7275).

Please note, results are based on the information you entered from the search option you chose. All your tickets may not be displayed below. You may need to do multiple searches to retrieve all of your tickets. For example, a driver's license number search will only retrieve those ticket records containing a driver's license number as recorded by the Illinois Secretary of State on your plate registration. If your plate registration does not include a driver's license number, you will need to search using another option by clicking the Search for Tickets button below.

Click on the Ticket Status for additional information about your ticket(s).

| Check To Pay | Ticket Number | Violation Description | License Plate | State | Issue Date | Ticket Amount | Click Below For Ticket Status |
|---|---|---|---|---|---|---|---|
| ◆ | 9057813490 | Street cleaning or special event | DNE7314 | OH | 9/23/2005 | $0.00 | Paid |
| ◆ | 9065563992 | Residential permit parking | DNE7314 | OH | 9/16/2006 | $0.00 | Paid |
| ◆ | 9058125179 | Residential permit parking | DNE7314 | OH | 9/26/2006 | $0.00 | Paid |
| ◆ | 9058161865 | Street cleaning or special event | DNE7314 | OH | 11/14/2006 | $0.00 | Paid |
| ◆ | 9058255224 | Residential permit parking | DNE7314 | OH | 4/12/2007 | $0.00 | Paid |
| ◆ | 9066206669 | Residential permit parking | DNE7314 | OH | 4/16/2007 | $0.00 | Paid |
| ◆ | 9066220393 | Residential permit parking | DNE7314 | OH | 5/5/2007 | $0.00 | Paid |
| ◆ | 9066278579 | Residential permit parking | DNE7314 | OH | 7/21/2007 | $0.00 | Paid |
| ◆ | 9180882289 | Rear and front plate required | X977034 | IL | 5/17/2011 | $0.00 | Paid |
| ◆ | 9180859560 | Rear and front plate required | X977034 | IL | 5/20/2011 | $0.00 | Paid |
| ◆ | 0061379797 | Residential permit parking | L476543 | IL | 6/26/2012 | $0.00 | Paid |
| ◆ | 0061011238 | No standing/parking time restricted | L476543 | IL | 12/9/2012 | $0.00 | Paid |
| ◆ | 9183383325 | Residential permit parking | L476543 | IL | 12/19/2012 | $0.00 | Paid |
| ◆ | 7004508895 | Red light violation | L476543 | IL | 1/19/2013 | $0.00 | Paid |
| ☐ | 0062847456 | Street cleaning | L476543 | IL | 6/26/2013 | $122.00 | Notice of Final Determination |