IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW FALKNER, on behalf of Himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:14-cv-05459 |
| v. | ) ) | Judge Amy J. St. Eve |
| CITY OF CHICAGO, REDFLEX TRAFFIC SYSTEMS, INC., REDFLEX HOLDINGS, LTD., XEROX STATE AND LOCAL SOLUTIONS, INC., and INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) ) ) ) | Magistrate Judge Mary M. Rowland |
| Defendants. | ) | |

**DEFENDANT XEROX STATE AND LOCAL SOLUTIONS, INC.'S
MOTION TO DISMISS**

Defendant Xerox State and Local Solutions, Inc. respectfully requests that the Court enter an order pursuant to Federal Rule of Civil Procedure 12(b)(1) dismissing Plaintiff Matthew Falkner's Second Amended Complaint with prejudice because he lacks standing to assert his claims against Xerox under Article III of the United States Constitution.

Alternatively, Xerox respectfully requests that the Court enter an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing Falkner's Second Amended Complaint with prejudice because it also fails to state a claim upon which relief can be granted.

The grounds for this motion are set forth in the attached memorandum in support.

Dated:  July 21, 2015	Respectfully submitted,

**XEROX STATE AND LOCAL SOLUTIONS, INC.**

By:     /s/ Katharine E. Heitman
One of Its Attorneys

Katharine E. Heitman
BAKER & HOSTETLER LLP
191 North Wacker Drive, Suite 3100
Chicago, Illinois  60606-1901
Telephone:  (312) 416-6200
*kheitman@bakerlaw.com*

Chris Bator (No. 0038550)
Sam A. Camardo (No. 0089427)
BAKER & HOSTETLER LLP
3200 National City Center
1900 East Ninth Street
Cleveland, Ohio  44114-3485
Telephone:  (216) 621-0200
*cbator@bakerlaw.com*
*scamardo@bakerlaw.com*

*Attorneys for Defendant*
*Xerox State and Local Solutions, Inc.*