IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW G. FALKNER, on behalf of Himself and all others similarly situated | ) ) ) No. 1:14-cv-05459 |
| Plaintiff, | ) ) Judge Amy J. St. Eve |
| v. | ) ) Magistrate Judge Mary M. Rowland |
| CITY OF CHICAGO; REDFLEX TRAFFIC SYSTEM INC.; REDFLEX HOLDINGS LTD.; and INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) ) ) |
| Defendants. | ) ) |

**UNCONTESTED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant International Business Machines Corporation ("IBM") respectfully requests the Court move its deadline to answer or otherwise plead in response to Plaintiff's Second Amended Complaint until September 14, 2015. In support of the motion, Defendants state as follows:

1. Plaintiffs filed the Second Amended Complaint on May 1, 2015. The Second Amended Complaint was the first time IBM was named as a Defendant.

2. IBM was served on July 24, 2015.

3. IBM respectfully requests the Court move the deadline for IBM to answer or otherwise plead until September 14, 2015. This will allow IBM to investigate the claims in the Second Amended Complaint and properly respond.

4. This is IBM's first request to move the deadline to answer or otherwise plead.

5. Plaintiff has no objection to, and has stipulated to, this request.

WHEREFORE, Defendants respectfully request the Court enter an order granting the Uncontested Motion and moving the deadline to answer or otherwise plead until September 14, 2015.

Dated: August 4, 2015

/s/ *Anne M. Sidrys*
Anne M. Sidrys, P.C.
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendant, International Business Machines Corporation*

**CERTIFICATE OF SERVICE**

  I, Anne M. Sidrys, hereby certify that on this 4th day of August 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties listed on the electronic service list:

*Attorneys for Plaintiff*

Thomas J. Connick
Connick Law, LLC
25201 Chagrin Blvd - Suite 375
Beachwood, Ohio 44122
Telephone: (216) 364-0512
tconnick@connicklawl1c.com

Edward W. Cocharn
20030 Marchmont Road
Shaker Heights, OH 44122
Telephone: (216) 751-5546
edwardcochran@wowway.com

Thomas C. Cronin
Leland W. Hutchinson
Cronin & Co., Ltd.
161 North Clark, Suite 2550
Chicago, Illinois 60601
Telephone: (312) 201-7100
tcc@cronincoltd.com

*Attorneys for Redflex Traffic Systems, Inc.*

Steven A. Weiss
Ian H. Fisher
Lesley G. Smith
Schopf & Weiss LLP
One South Wacker Drive, 28th Floor
Chicago, IL 60606
Telephone (312) 701-9300
sweiss@honigman.com
ifisher@honigman.com
lgsmith@sw.com

*Attorneys for Xerox State & Local Solutions, Inc.*

Chris Bator
Sam A. Camardo
Baker Hostetler LLP
Pric Center, 1900 East 9th Street, Suite 3200
Cleveland, OH 44114
Telephone: (216) 861-7372
cbator@bakerlaw.com
scamardo@bakerlaw.com

Katharine E. Heitman
Baker & Hostetler LLP
191 N. Wacker Dr., Suite 3100
Chicago, IL  60606
Telephone: (312) 416-6218
kheitman@bakerlaw.com

        /s/ *Anne M. Sidrys*
        Anne M. Sidrys